■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JACQUELINE BROWN, Appellant. [598 NYS2d 752] —Judgment unanimously affirmed. Memorandum: The trial court did not err in submitting to the jury a written verdict sheet and other written instructions requested by the jury. The record establishes that defense counsel consented to each submission *(see, People v Hill,* 163 AD2d 813, 814, *lv denied* 76 NY2d 987; *see also, People v Camarre,* 171 AD2d 1003, 1005, *lv denied* 78 NY2d 963).

We have examined defendant's other contention and find it to be without merit. (Appeal from Judgment of Oneida County Court, Buckley, J.—Manslaughter, 2nd Degree.) Present—Green, J. P., Fallon, Boomer, Davis and Boehm, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN MONK, Appellant. [596 NYS2d 236] —Judgment unanimously affirmed. Memorandum: The court erred in giving a "no inference" charge without defendant's request *(see,* CPL 300.10 [2]). The error was harmless, however, because the evidence of guilt was overwhelming *(see, People v Vereen,* 45 NY2d 856, 857; *People v Crimmins,* 36 NY2d 230, 237). Defendant was found in the store after business hours. He had gained entry to the store through holes in the exterior wall and the ceiling. Cartons of cigarettes were found in a bag near the hole and quarters had been unwrapped and rearranged in the change drawer of the cash register. There is no reasonable possibility that the court's error contributed to defendant's conviction *(see, People v Pulley,* 179 AD2d 998, *lv denied* 80 NY2d 908).

We have reviewed the other issues raised by defendant and find them to be without merit. (Appeal from Judgment of Supreme Court, Erie County, Marshall, J.—Burglary, 3rd Degree.) Present—Green, J. P., Fallon, Boomer, Davis and Boehm, JJ.